IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NATHANIAL SHIPMAN,

    Plaintiff,

v.

                                          No. CIV 15-167 KG/KBM

MICHAEL CARRASCO,
a Bernalillo County Sheriff's Deputy,

and

CARL USTUPSKI,
a Grants Police Department Officer,

    Defendants.

## ORDER EXTENDING FILING DEADLINE

THIS MATTER having come before the Court on Plaintiff's Motion to Extend Deadline,

IT IS HEREBY ORDERED that the deadline for Plaintiff's response to Defendant Carrasco's Motion for Summary Judgment is extended until August 3, 2015.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ Nick Sitterly

_____
Nick Sitterly
Attorney for the Plaintiff

Not opposed by:

Email approval 6/25/15

_____
Taylor Rahn
Attorney for Defendant Carrasco